IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -1 PM 2: 4 1

CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| CHARLES BEYER, TIME & SECURITY MANAGEMENT, INC., ALLIED INDUSTRIAL ELECTRONICS, and STEPHANIE COLE, as trustee for the ESTATE OF TIME & SECURITY MANAGEMENT, INC., d/b/a ALLIED INDUSTRIAL ELECTRONICS, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | No. 02-2417 B/An |
| v. | ) ) | |
| PITTWAY CORPORATION, HONEYWELL CORPORATION and NORTHERN COMPUTERS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## AMENDED RULE 16(B) SCHEDULING ORDER

Upon the Plaintiffs' and Defendants' joint motion, the parties' request to extend the April

22, 2003 schedule is GRANTED, and the following dates are established for:

## COMPLETING ALL DISCOVERY:

(a)   EXPERT DISCLOSURES (Rule 26):
     (i)   Plaintiff's Rule 26 Experts:    March 31, 2006
     (ii)   Defendants' Rule 26 Experts:    April 28, 2006
     (iii)   Supplementation under Rule 26(e):  May 15, 2006

(b)   DOCUMENT PRODUCTION,
     INTERROGATORIES, and REQUESTS
     FOR ADMISSIONS:    March 31, 2006

(c)   DEPOSITIONS:    March 31, 2006 (fact)
                           June 30, 2006 (expert)

(d)   MOTIONS TO COMPEL DISCOVERY:  to be filed and served within forty-five
days of the default or the service of the response, answer or objection which is the subject of the

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9- 2-05

122

motion, unless the time for filing such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

**FILING DISPOSITIVE MOTIONS:**                    July 31, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

    (a)  For Plaintiff:                    November 30, 2006
    (b)  For Defendant:                    November 30, 2006

Parties shall have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

This trial is expected to last 5 days and will be SET for JURY TRIAL on December 18, 2006 at 9:30am A pretrial conference will be conducted on December 11, 2006 at 9:00am. A joint pretrial order, jury instructions and motions in limine are due December 4, 2006.

Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

                                   DANIEL BREEN
                                   UNITED STATES DISTRICT JUDGE

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded by U.S. Mail, postage prepaid, to Richard Glassman and R. Douglas Hanson, Esq., 26 North Second Street, Memphis, TN 38103, on this *31st* day of *Aug* , 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 122 in
case 2:02-CV-02417 was distributed by fax, mail, or direct printing on
September 2, 2005 to the parties listed.

---

Eugene F. Assaf
KIRKLAND & ELLIS
655 Fifteenth St., N.W.
Washington, DC 20005--579

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Daniel T. Donovan
KIRKLAND & ELLIS
655 Fifteenth St., N.W.
Washington, DC 20005--579

Thomas A. Clare
KIRKLAND & ELLIS
655 Fifteenth St., N.W.
Washington, DC 20005--579

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Sean P. Trende
KIRKLAND & ELLIS
655 Fifteenth St., N.W.
Washington, DC 20005--579

Larissa Paule-Carres
KIRKLAND & ELLIS
655 Fifteenth St., N.W.
Washington, DC 20005--579

Jennifer Gardner Levy
KIRKLAND & ELLIS
655 Fifteenth St., N.W.
Washington, DC 20005--579

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT